#5

1  KUANG-BAO P. OU-YOUNG
2  1362 Wright Avenue
3  Sunnyvale, California 94087
4  (408) 234-2371
5  kbouyoung@yahoo.com
6
7  Plaintiff Pro Se
8

*FILED*

SEP 22 2021

CLERK SUSAN Y. SOONG
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9          UNITED STATES DISTRICT COURT
10         NORTHERN DISTRICT OF CALIFORNIA
11
12  KUANG-BAO P. OU-YOUNG,           )    Case No.       C   21  07361
13                                    )
14                   Plaintiff,       )    COMPLAINT
15                                    )
16        vs.                         )    DEMAND FOR JURY TRIAL
17                                    )                                    NC
18  COUNTY OF SANTA CLARA;           )
19  JEFFREY F. ROSEN, District Attorney, )
20  County of Santa Clara; JOHN CHASE, )
21  Deputy District Attorney, County of Santa )
22  Clara; LAWRENCE E. STONE, Assessor, )
23  County of Santa Clara; JEANETTE   )
24  TONINI, Senior Assessment Clerk, County )
25  of Santa Clara; JAMES R. WILLIAMS, )
26  County Counsel, County of Santa Clara; )
27  KARL A. SANDOVAL, Deputy County  )
28  Counsel, County of Santa Clara; KARAN S. )
29  DHADIALLA, Deputy County Counsel, )
30  County of Santa Clara; JOSE L.    )
31  MARTINEZ, Deputy County Counsel,  )
32  County of Santa Clara; SHANNON    )
33  BUSHEY, Registrar of Voters, County of )
34  Santa Clara; CHRISTOPHER G. RUDY, )
35  Judge, Superior Court of California in and )
36  for the County of Santa Clara; JOSEPH H. )
37  HUBER, Judge, Superior Court of   )
38  California in and for the County of Santa )
39  Clara;                            )
40  STATE OF CALIFORNIA;             )
41  STATE BAR OF CALIFORNIA;         )
42  and EDMUND G. BROWN, JR.,        )
43  former Governor, State of California, )
44                                    )
45          Defendants.               )
46  _____ )
47

Complaint                                        1 of 6

## JURISDICTION AND VENUE

b1.    This action raises questions under provisions of the Civil Rights Act of 1871 in 42 U.S.C. § 1983. The Court has original jurisdiction over these claims under 28 U.S.C. § 1331. This Court has authority to award the requested declaratory relief under 28 U.S.C. §§ 2201-02, the requested injunctive relief under 28 U.S.C. § 1343(a)(4), the requested damages under 28 U.S.C. § 1343(a)(4), and legal costs under 42 U.S.C. § 1988.

b2.    Venue is proper under 28 U.S.C. § 1391(b)(2) in the northern district of California because a substantial part of the actions giving rise to this case occurred within the district.

## INTRADISTRICT ASSIGNMENT

b3.    Pursuant to Civil L.R. 3-2(c) and (e), this is a civil rights case, in a non-excepted category, suitable for assignment to the San Jose division because this action arises in the County of Santa Clara.

## PARTIES

a1.    Plaintiff Kuang-Bao P. Ou-Young is a resident of Santa Clara County.

a2.    Defendant County of Santa Clara is a charter county organized and existing under the laws of the State of California.

a3.    Defendant Jeffrey F. Rosen is district attorney ("DA") of Santa Clara County.

a4.    Defendant John Chase is a deputy district attorney ("DDA") at Santa Clara County DA's office.

a5.    Defendant Lawrence E. Stone is assessor of Santa Clara County.

a6.    Defendant Jeanette Tonini is a senior assessment clerk at Santa Clara County Assessor's Office.

a7.    Defendant James R. Williams is county counsel of Santa Clara County ("CC").

a8.    Defendant Karl A. Sandoval is a deputy county counsel ("DCC") at CC's office.

Complaint                                                              2 of 6

1       a9.     Defendant Karan S. Dhadialla is a DCC at CC's office.

2       a10.    Defendant Jose L. Martinez is a DCC at CC's office.

3       a11.    Defendant Shannon Bushey is registrar of voters of Santa Clara County.

4       a12.    Defendant Christopher G. Rudy is a judge at the Superior Court of California in

5 and for the County of Santa Clara ("state court").

6       a13.    Defendant Joseph H. Huber is a judge at the state court.

7       a14.    Defendant State of California became the 31st state of U.S. on September 9, 1850,

8 thereby subjecting itself to the Constitution and laws of the Union.

9       a15.    Defendant State Bar of California ("State Bar") is a public California corporation

10 with its main office at 180 Howard Street, San Francisco, California.

11       a16.    Defendant Edmund G. Brown, Jr., was governor of California from 1975 to 1983

12 and from 2011 until 2019.

13          **FACTURAL BACKGROUND**

14       1.     On June 15, 2016, plaintiff's spouse transferred her interest in their residence to

15 plaintiff. Two days later, DA Rosen sent a letter to plaintiff's spouse questioning if the transfer

16 represented a real estate fraud. Santa Clara County Assessor's Office then terminated plaintiff's

17 homeowner's exemption for the ensuing tax years.

18       2.     On January 15, 2021, plaintiff filed a case with the state court against Santa Clara

19 County, DA Rosen, DDA Chase, assessor Stone, clerk Tonini, CC Williams, DCC Sandoval,

20 DCC Dhadialla, registrar Bushey, and others (Case No. 21CV375239).

21       3.     On June 23, 2021, CC's office moved to declare plaintiff a vexatious litigant in

22 the state case based on California Code of Civil Procedure ("CCP") §§ 391, 391.1, 391.3, 391.7.

23       4.     On August 30, 2021, judge Rudy issued a tentative ruling declaring plaintiff a

24 vexatious litigant and granting the request for a pre-filing order by CC's office in the state case.

1   The ruling also required plaintiff's appearance in the August 31 motion hearing to determine the

2   amount of security to be ordered.

3         5.     On August 31, 2021, judge Huber formalized judge Rudy's August 30 tentative

4   ruling in the state case without plaintiff's presence. In addition to declaring plaintiff a vexatious

5   litigant and granting the request for pre-filing order by CC's office, said judge set the bond at

6   $5,000 for suing the county. Judge Huber then continued the Case Management Conference on

7   that date until November 23.

8   **CLAIMS**

9         c1.   <u>Civil Rights Violation</u>: On August 31, 2021, judge Huber formalized judge

10   Rudy's tentative ruling in the state case. Besides declaring plaintiff a vexatious litigant and

11   granting the request for a pre-filing order by CC's office, said judge set the bond for suing Santa

12   Clara County at $5,000. Judge Huber continued the Case Management Conference on that date

13   until November 23 as well. In doing so, judge Rudy and judge Huber have conspired with CC

14   Williams, DCC Sandoval, DCC Dhadialla, DCC Martinez, Santa Clara County, DA Rosen, DDA

15   Chase, assessor Stone, clerk Tonini, and registrar Bushey to deny plaintiff the First Amendment

16   right to petition the Government for a redress of grievances, the Seventh Amendment right to a

17   jury trial, and due process of law as well as equal protection of the laws under the Fourteenth

18   Amendment under color of CCP §§ 391, 391.1, 391.3, 391.7. Judge Rudy and judge Huber have

19   acted under color of California Rules of Court §§ 3.1306, 3.1308 as well as judicial immunity;

20   CC Williams, DCC Sandoval, DCC Dhadialla, and DCC Martinez under color of Section 27645

21   of California Government Code ("GC") as well as executive immunity; DA Rosen and DDA

22   Chase under color of Section 26500 of GC as well as prosecutorial immunity; assessor Stone and

23   clerk Tonini under color of Section 27421 of GC as well as executive immunity; and registrar

24   Bushey under color of Section 307 of California Election Code as well as executive immunity.

Complaint                                                                    4 of 6

1          c2.    Claim 2 Civil Rights Violation: The state legislature adopted the vexatious litigant

2    statute in 1963, patterned after a statute permitting a court to require security in some derivative

3    suits. *See Beyerbach v. Juno Oil Co.* (1954) 42 Cal. 2d 11. The idea began with the Los Angeles

4    County Bar Association and was pursued by the State Bar, which argued, "The need for the

5    adoption of this legislation is that there is an unreasonable burden placed upon the courts by

6    groundless litigation, which, in turn, prevents the speedy consideration of deserving and proper

7    litigation; the suits that have been filed against the judges themselves require the full time of

8    three to four Deputy Attorneys General[.]" Letter to Gov. Brown (July 3, 1963). Thus, the state

9    legislature has enacted CCP §§ 391, 391.1, 391.3, 391.7 with support from the State Bar as well

10   as former governor Brown in order to deprive plaintiff of the civil rights set forth in ¶ c1 under

11   color of legislative immunity. The State Bar has acted under color of immunity for court officers

12   while governor Brown has behaved under color of executive immunity.

**REQUEST FOR RELIEF**

14        WHEREFORE, plaintiff respectfully requests that the Court enter judgment against all

15   defendants and provide plaintiff with the following relief:

16      1.  A declaratory judgment that defendants have violated plaintiff's constitutional rights as

17          set forth in claim 1 and claim 2.

18      2.  Monetary damages in the amount of $8,000,000,000 against Santa Clara County,

19          $400,000,000 each against DA Rosen, assessor Stone, CC Williams, and registrar

20          Bushey, $40,000,000 each against DDA Chase, DCC Sandoval, DCC Dhadialla, and

21          DCC Martinez, $10,000,000 against clerk Tonini, $400,000,000 each against judge Rudy

22          and judge Huber, $40,000,000,000 each against the State and the State Bar, and

23          $12,000,000,000 against former governor Brown.

24      3.  Monetary punitive damages against all defendants.

Complaint

1  4. An order referring all defendants to U.S. Attorney General Merrick B. Garland for

2     criminal prosecution under 18 U.S.C. § 242.

3  5. All other further relief to which plaintiff may be entitled.

4                        **DEMAND FOR JURY TRIAL**

5     Plaintiff hereby demands a trial by jury on all issues for which a right to jury trial exists.

6     Respectfully submitted this 14th day of September 2021.

7
8     KUANG-BAO P. OU-YOUNG
9     1362 Wright Avenue
10    Sunnyvale, California 94087
11    (408) 234-2371
12    kbouyoung@yahoo.com
13
14    Plaintiff