UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO PAUL OU-YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No.  21-cv-07361-BLF<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; AND DISMISSING UNSERVED DEFENDANTS** |

Plaintiff filed the complaint in this action on September 22, 2021, asserting civil rights claims against fifteen individuals and entities.  *See* Compl., ECF 1.  On January 7, 2022, the Court issued an Order to Show Cause why the action should not be dismissed for failure to serve process within ninety days as required by Federal Rule of Civil Procedure 4(m).  *See* OSC, ECF 14.  The Court directed Plaintiff to respond to the Order to Show Cause by January 21, 2022.  *See id.*

Plaintiff filed a Proof of Service on January 20, 2022, purporting to show that service of process was completed on five of the fifteen Defendants:  County of Santa Clara, James R. Williams, Jeffrey F. Rosen, Lawrence E. Stone, and Shannon Bushey.  The Court accepts the Proof of Service as a timely response to the Order to Show Cause.  The Order to Show Cause is DISCHARGED as to these Defendants.

Plaintiff has not filed any proof of service with respect to the remaining ten Defendants.  Accordingly, the following Defendants are DISMISSED WITHOUT PREJUDICE under Rule 4(m):  John Chase, Jeanette Tonini, Karl Sandoval, Karan Dhadialla, Jose Martinez, Christopher Rudy, Joseph Huber, State of California, State Bar of California, and Edmund G. Brown, Jr.

**IT IS SO ORDERED.**

Dated:  January 25, 2022

_____
BETH LABSON FREEMAN
United States District Judge