AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Kuang-Bao P. Ou-Young | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No. 21-cv-7361-BLF |
| v. | ) | |
| County of Santa Clara, et al., | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See attached list A of defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kuang-Bao Ou-Young
> 1362 Wright Avenue
> Sunnyvale, CA 94087

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **MAR 2 1 2022**

Betty J. Walton

*Signature of Clerk or Deputy Clerk*

1    The following consists of defendants in List A:

2    County of Santa Clara
3    70 W. Hedding Street, East Wing, 10th Floor
4    San Jose, CA 95110

5    Jeffrey F. Rosen
6    District Attorney
7    County of Santa Clara
8    70 W. Hedding Street, West Wing
9    San Jose, CA 95110

10    John Chase
11    Deputy District Attorney
12    County of Santa Clara
13    70 W. Hedding Street, West Wing
14    San Jose, CA 95110

15    Lawrence E. Stone
16    Assessor
17    County of Santa Clara
18    70 W. Hedding Street, East Wing, 5th Floor
19    San Jose, CA 95110

20    Jeanette Tonini
21    Senior Assessment Clerk
22    County of Santa Clara
23    70 W. Hedding Street, East Wing, 5th Floor
24    San Jose, CA 95110

25    James R. Williams
26    County Counsel
27    County of Santa Clara
28    70 W. Hedding Street, East Wing, 9th Floor
29    San Jose, CA 95110

30    Karl A. Sandoval
31    Deputy County Counsel
32    County of Santa Clara
33    70 W. Hedding Street, East Wing, 9th Floor
34    San Jose, CA 95110

35    Karan S. Dhadialla
36    Deputy County Counsel
37    County of Santa Clara
38    70 W. Hedding Street, East Wing, 9th Floor
39    San Jose, CA 95110
40

```
 1        Jose L. Martinez
 2        Deputy County Counsel
 3        County of Santa Clara
 4        70 W. Hedding Street, East Wing, 9th Floor
 5        San Jose, CA 95110

 6        Shannon Bushey
 7        Registrar of Voters
 8        County of Santa Clara
 9        1555 Burger Drive, Building 2
10        San Jose, CA 95112

11        Christopher G. Rudy
12        Judge
13        Superior Court of California in and for the County of Santa Clara
14        191 N. First Street
15        San Jose, CA 95113

16        Joseph H. Huber
17        Judge
18        Superior Court of California in and for the County of Santa Clara
19        191 N. First Street
20        San Jose, CA 95113

21        Laurie Mikkelsen
22        Staff Attorney
23        Superior Court of California in and for the County of Santa Clara
24        191 N. First Street
25        San Jose, CA 95113

26        Attorney General of California
27        on behalf of
28        State of California
29        455 Golden Gate Avenue, Suite 11000
30        San Francisco, CA 94102

31        State Bar of California
32        180 Howard Street
33        San Francisco, CA 94105

34        Gavin C. Newsom
35        Governor of California
36        1021 O Street, Suite 9000
37        Sacramento, CA 95814

38        Edmund G. Brown, Jr.
39        Former Governor of California
40        1021 O Street, Suite 9000
41        Sacramento, CA 95814
42
```

List A of Defendants

Case No. 21-cv-7361-BLF  2 of 3

| | |
|---|---|
| 1 | Shirley Weber |
| 2 | California Secretary of State |
| 3 | 1500 Eleventh Street |
| 4 | Sacramento, CA 95814 |
| | |
| 5 | Robert A. Bonta |
| 6 | Attorney General of California |
| 7 | 455 Golden Gate Avenue, Suit 11000 |
| 8 | San Francisco, CA 94102 |
| | |
| 9 | Jeffrey R. Vincent |
| 10 | Deputy Attorney General of California |
| 11 | 455 Golden Gate Avenue, Suite 11000 |
| 12 | San Francisco, CA 94102 |
| | |
| 13 | Lora D. Curtis |
| 14 | Deputy Attorney General of California |
| 15 | 455 Golden Gate Avenue, Suite 11000 |
| 16 | San Francisco, CA 94102 |
| | |
| 17 | Rolando Pasquali |
| 18 | Deputy Attorney General of California |
| 19 | 455 Golden Gate Avenue, Suite 11000 |
| 20 | San Francisco, CA 94102 |
| | |
| 21 | Kimberly McCrickard |
| 22 | Analyst |
| 23 | Office of the Attorney General of California |
| 24 | 455 Golden Gate Avenue, Suite 11000 |
| 25 | San Francisco, CA 94102 |
| | |
| 26 | Twitter, Inc. |
| 27 | 1355 Market Street, Suite 900 |
| 28 | San Francisco, CA 94103 |
| | |
| 29 | Meta Platforms, Inc. |
| 30 | 1 Hacker Way |
| 31 | Menlo Park, CA 94025 |
| | |
| 32 | Google, Inc. |
| 33 | 1600 Amphitheatre Parkway |
| 34 | Mountain View, CA 94043 |
| | |
| 35 | End of List |

List A of Defendants

Case No. 21-cv-7361-BLF  3 of 3